FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON S.,<br><br>              Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | NO: 4:20-CV-5089-RMP<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT |

      BEFORE THE COURT is a Report and Recommendation, ECF No. 5, from United States Magistrate Judge John T. Rodgers recommending that the Court deny Plaintiff's Application to Proceed In Forma Pauperis and require Plaintiff to pay the filing fee. Since Judge Rodgers filed his Report and Recommendation, the District Court Clerk updated the docket to reflect that Plaintiff paid the filing fee on June 3, 2020.

///

///

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT ~ 1

1       Accordingly, the Court **declines to adopt** the Report and Recommendation,

2 **ECF No. 5**, **as moot**, and this matter may proceed.  Furthermore, the objection and

3 response deadlines set forth in the Report and Recommendation, ECF No. 5 at 2, are

4 **vacated as moot**.

5       **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

6 Order and provide copies to counsel.

7       **DATED** June 5, 2020.

                                           *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                         United States District Judge

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT ~ 2